```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Scott LeBlanc

    v.                                    Case No. 18-cv-1245-LM

NH, State of


<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 8, 2020.  Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                          _____
                                                          Landya B. McCafferty
                                                          Chief Judge

Date: September 15, 2020

cc: Scott LeBlanc, pro se